UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO WALKER on behalf of himself and all others similarly situated,  )  )  )  Plaintiffs,  )  )  v.  )  )  PASSION FOOD FOUR, LLC, doing business as ACADIANA,  )  )  )  )  Defendant.  ) | Civil Action No. 19-cv-798 |

## MOTION FOR LEAVE TO FILE AMENDED MOTION TO DISMISS

Defendant Passion Food Four, LLC ("Defendant"), submits this Motion for Leave to File an Amended Motion to Dismiss based on Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction based on standing.

1. Plaintiff Ricardo Walker is blind and brings this action against Defendant alleging that he could not access Defendant's website with his screen reader in which made it so he could not travel from New York to Washington, DC to visit the restaurant Defendant owns or see Defendant's menu.

2. This matter was originally filed in the United States District Court for the Eastern District of New York.

3. In response to the Complaint, Defendant filed a Motion to Dismiss (ECF #13) based on a personal jurisdiction argument as Defendant was an owner of a restaurant located in this District and had no connections to New York.

4. Plaintiff requested that this matter be transferred to the United States District Court for the District of Columbia.

5. Since the matter was transferred, Defendant concedes that the Motion to Dismiss it originally filed when this matter was pending in the United States District Court for The Eastern District of New York based on arguments of lack of personal jurisdiction are moot.

6. However, Defendant's restaurant closed on December 31, 2018 and requests that this Court allow it to file an Amended Motion to Dismiss based on Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction based on lack of standing. The Amended Motion to Dismiss, Memorandum of Points and Authorities and Proposed Order are attached to this Motion as Exhibit A.

7. Since Defendant's restaurant closed, there is no "case or controversy" and Plaintiff's request to this Court for injunctive relief for Defendant to change its website no longer matters. The website now only a single page that reads at the top of the website "ACADIANA IS NOW PERMANENTLY CLOSED". (See Ex. B Declaration of David Wizenberg ¶¶ 6-9 attached to Exhibit A).

8. Therefore, there is no injury-in-fact that is concrete and particularized at this time and this matter should be dismissed with prejudice.

WHEREFORE, Defendant Passion Food Four, LLC respectfully requests that this Court allow Defendant to file an Amended Motion to Dismiss based on Federal Rule of Civil Procedure 12(b)(1) and grant such other, further relief as this Court deems just.

/s/ Andrew J. Chiang
Andrew J. Chiang (DC Bar # 1003876)
O'Hagan Meyer LLC
2560 Huntington Avenue
Suite 204
Alexandria, VA 22303
DIRECT 703.775.8602
achiang@ohaganmeyer.com

/s/ Ryan T. Benson
Ryan T. Benson (*Admitted Pro Hac Vice*)
O'Hagan Meyer LLC
One E Wacker, Suite 3400
Chicago, IL  60601
DIRECT 312.422.6138
rbenson@ohaganmeyer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 5, 2019, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system:

C.K. Lee
Anne Seelig
Lee Litigation Group, PLLC
30 East 39th Street
Second Floor
New York, NY 10016
cklee@leelitigation.com

/s/ Andrew J. Chiang
Andrew J. Chiang (DC Bar # 1003876)
O'Hagan Meyer LLC
2560 Huntington Avenue
Suite 204
Alexandria, VA 22303
DIRECT 703.775.8602
achiang@ohaganmeyer.com